Todd A. Plimpton, Esq.
Nevada State Bar #4363
**BELANGER & PLIMPTON**
1135 Central Ave.
P.O. Box 59
Lovelock, Nevada 89419
(775) 273-2631

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF NEVADA

ANGELO L. JOHNSON,

        Plaintiff,

vs.

DR. JOHN *et al.*,

        Defendants.

Case No.:3:06-CV-00234-LRH-RAM

**NOTICE OF APPEARANCE AND NOTICE OF VOLUNTARY WITHDRAWAL OF PLAINTIFF'S REQUEST TO HAVE AN INMATE WITNESS PRESENT DURING DEPOSITION**

**COMES NOW, TODD A. PLIMPTON, ESQ.**, of the law firm of **BELANGER & PLIMPTON**, and hereby notifies this Honorable Court and all interested parties that he is appearing on behalf of the Plaintiff, ANGELO L. JOHNSON, and that said representation of Plaintiff will be through resolution of this case, and further, voluntarily withdrawing Plaintiff's Pro Se Request to have an inmate witness present during the deposition scheduled for January 30, 2007.

**RESPECTFULLY SUBMITTED.**

**DATED** this 16th day of January, 2007.

                      **BELANGER & PLIMPTON**

                      /s/
                      _____
                      PLIMPTON, ESQ.

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ____ January 16, 2007 ____

1

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to FRCP 5(b), I certify that I am an employee of BELANGER & PLIMPTON, Attorneys at Law, over the age of 18, and not a party to, nor interested in, the within action; that on this date I deposited in the United States Mail of Lovelock, Nevada, general mail, a true and correct copy of **NOTICE OF APPEARANCE AND NOTICE OF VOLUNTARY WITHDRAWAL OF PLAINTIFF'S REQUEST TO HAVE AN INMATE WITNESS PRESENT DURING DEPOSITION** in the above entitled matter enclosed in a sealed envelope to the following:

**WILLIAM J. GEDDES, ESQ.**
Deputy Attorney General
Nevada Bar No. 6984
STATE OF NEVADA
ATTORNEY GENERAL'S OFFICE
Litigation Division
100 North Carson Street
Carson City, NV 89701-4717
(Attorney for Plaintiffs)

**DATED** this 16th day of January, 2007.

Business Address:
/s/
**JOHN O. WRIGHT,** Paralegal
1135 Central Avenue
P.O. Box 59
Lovelock, Nevada 89419
(775) 273-2631

BELANGER & PLIMPTON
P.O. Box 59/1135 Central Ave.
Lovelock, NV 89419
(775) 273-2631/FAX (775) 273-2649

2