1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                    * * * * *

9    ANGELO L. JOHNSON,                )
                                       )
10                      Plaintiff,      )        3:06-cv-00234-LRH (RAM)
                                       )
11   v.                                )
                                       )        O R D E R
12   DR. JOHN, et al.,                  )
                                       )
13                      Defendants.    )
                                       )
14   ┗━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━)

15          The Court has considered the Report and Recommendation of U.S. Magistrate Judge Robert

16   A. McQuaid, Jr. (#66) entered on July 17, 2009, in which the Magistrate Judge recommends that the

17   Defendants' Motion for Summary Judgment (#50) be granted.  No objection has been filed by Plaintiff.

18   The Court has considered the pleadings and memoranda of the parties and other relevant matters of

19   record and has made a review and determination in accordance with the requirements of 28 U.S.C. §

20   636 and applicable case law, and good cause appearing, the court hereby

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

1    ADOPTS AND ACCEPTS the Report and Recommendation of the United States

2    Magistrate Judge (#66); therefore, Defendants' Motion for Summary Judgment (#50) is granted.

3    IT IS FURTHER ORDERED that Defendants' Motion to dismiss (#49) is moot.

4    The Clerk of the Court shall enter judgment accordingly.

5    IT IS SO ORDERED.

6    DATED this 10th day of September, 2009.

7

8

9    _____

10   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                          2