AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF   NEVADA

ANGELO L. JOHNSON,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
  V.

                           CASE NUMBER: 3:06-CV-00234-LRH-RAM

DR. JOHN, et al,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Court adopts and accepts the [66] Report and Recommendation of the United States Magistrate Judge; therefore, Defendants' [50] Motion for Summary Judgment is GRANTED. FURTHER ORDERED that Defendants' [49] Motion to Dismiss is MOOT.

 September 10, 2009                                     **LANCE S. WILSON**
                                                                     Clerk

                                                                     /s/  M. Campbell
                                                                     Deputy Clerk